DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREEN TREE SERVICING, LLC.,**
Appellant,

v.

**CHERANE PEFLEY,**
Appellee.

No. 4D20-243

[July 29, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 50-2010-CA-012592-XXXX-MB.

Michael P. De Simone and Steven J. Brotman of Locke Lord LLP, West Palm Beach, for appellant.

Samuel Alexander of Alexander Appellate Law P.A., DeLand, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***